IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 1:22-CR-060-01

v.

RODNEY L. YENTZER

**FILED**
HARRISBURG, PA

MAR 2 2 2022

PER___*MA*___
DEPUTY CLERK

P L E A

AND NOW, this 22nd day of March, 2022, the defendant, RODNEY L. YENTZER, hereby pleads Guilty to the charges as set forth in the 1-Count Information.

_____
(Signature of Defendant)

_____
(Signature of Counsel)