IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:22-CR-0060-01 |
| v. | : | |
| RODNEY L. YENTZER | : | |

**FILED**
HARRISBURG, PA
MAR 22 2022
PER _____
DEPUTY CLERK

<u>O R D E R</u>

AND NOW, this 22nd day of March, 2022, the court finds that the defendant has knowingly and intelligently waived presentment by Indictment and has agreed to proceed on the Felony Information and has waived the reading of the Felony Information in open court. The court further finds that the defendant is acting voluntarily and not as a result of force or threats or promises apart from the plea agreement, that he understands his rights and the consequences of his plea and voluntarily waives his right to trial. The court is satisfied that the plea has a basis in fact and contains all the elements of the crime charged. The court therefore accepts the plea of guilty to the 3-Count Information and directs the entry of a judgment of guilty on the plea.

Sentence is deferred pending receipt by the court of the presentence report which shall be disclosed no later than May 17, 2022.

_____
United States District Judge